USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-1313 EMANUEL R. GRANGE, A/K/A TEDDY MURPHY, Plaintiff, Appellant, v. DEPARTMENT OF CORRECTIONS, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Mark L. Wolf, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Stahl and Lynch, Circuit Judges. ______________ ____________________ Emanuel R. Grange, a/k/a Teddy Murphy on brief pro se. _____________________________________ Scott Harshbarger, Attorney General, and Ellyn H. Lazar, __________________ _________________ Assistant Attorney General, on brief for appellees. ____________________ September 22, 1997 ____________________ Per Curiam. Appellant Emanuel R. Grange appeals __________ from the district court's dismissal of his complaint filed under 42 U.S.C. 1983. After carefully reviewing the parties' briefs and the record, we believe that the dismissal was correct for essentially the reasons stated in the district court's Order, dated January 23, 1997. Affirmed. See Local Rule 27.1.  ________ ___ -2-